STATE PRISON LIBRARY
RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atl...
APR 2 1 2004
LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
APR 2 1 2004
LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

## CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

1:04-CV-1117-JOF

**Roland Matthews,**
(Enter above the full name and prisoner identification number of the plaintiff.)

-vs-

**Massachusetts Gay & Lesbian Political Caucus, and (Continued)**
(Enter above the full name of the defendant(s).)

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with (1) the same facts involved in this action, or (2) otherwise relating to your imprisonment?

   Yes ( )   No (X)

   B. If your answer to A (1) or (2) is yes, describe each lawsuit in the space below and tell us whether the "old" case involves the same facts or other issues. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s): _____
      _____

      Defendant(s): _____
      _____

   2. Court (if federal court, name the district; if state court, name the county):
      _____
      _____

   3. Docket Number: _____

I.  **Previous Lawsuits (Cont'd)**

   4.  Name of judge to whom case was assigned: _____

   5.  Did the previous case involve the same facts?

       Yes ( )   No ( )

   6.  Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
       _____
       _____

   7.  Approximate date of filing lawsuit: _____

   8.  Approximate date of disposition: _____

II. **Exhaustion of Administrative Remedies**
   A.  Place of Present Confinement: _TELFAIR PRISON_

   B.  Is there a prisoner grievance procedure in this institution? _N/A_
       Yes ( )   No ( )

   C.  Did you present the facts relating to your complaint in the state prisoner grievance, procedure?
       Yes ( )   No ( )   _N/A_

   D.  If your answer is YES:
       1.  What steps did you take and what were the results?
           _____
           _____
           _____
           _____
           _____

       2.  If your answer is NO, explain why not: _____
           _____

III. **Parties**
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A.  Name of Plaintiff(s): _ROLAND MATTHEWS_
       _424438  T.S.P._
       _P.O. BX. 549_
       _HELENA, GA. 31037_

-2-

### III. Parties (Cont'd)

Address(es): _____

_____

_____

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): MASSACHUSETTS GAY & LESBIAN POLITICAL CAUCUS, AND (CONTINUED)

Employed as HOMOSEXUAL PRIVILEGES GROUP

at STATE OF MASSACHUSETTS

### IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

PLAINTIFFS STATES THAT DEFENDENT, MASSACHUSETTS GAY CAUCUS, INSTIGATES THE OTHER DEFENDENTS TO VIOLATE PLAINTIFFS CIVIL RIGHTS AND TO VIOLATE U.S. FEDERAL LAW 1 U.S.C.A. §7, DEFENSE OF MARRIAGE ACT OF 1996.

STATE LAW IS SUBORDINATE TO FEDERAL LAW, SO THEREFOR, MASSACHUSETTS SUPREME COURT CANNOT OVERRULE 1 U.S.C.A. §7 AND ORDER MARRIAGE FOR SAME-SEX COUPLES.

IV.  Statement of Claim (Cont'd)

V.  **Relief**
State briefly exactly what you want the Court to do for you.  **Make no legal arguments. Cite no cases or statutes.**

(1) MASSACHUSETTS GAY CAUCUS TO COMPENSATE PLAINTIFF WITH THE SUM OF $6,000,000 AND TO CEASE VIOLATING AND CAUSING OTHERS TO VIOLATE U.S. LAW 1 U.S.C.A. §7, D.O.M.A. AND,

(2) THE REST OF DEFENDENTS TO COMPENSATE PLAINTIFF WITH THE SUM OF $100,000 EACH, AND TO DO THEIR DUTY AND ENFORCE 1 U.S.C.A. §7, D.O.M.A., All DEFENDENTS EXCEPT MASSACHUSETTS SUPREME COURT. AND,

(3) MASSACHUSETTS SUPREME COURT JUDGES THAT VIOLATE 1 U.S.C.A. 7, D.O.M.A. BE REMOVED FROM BENCH FOR VIOLATION OF OATH IN ARTICLE 6, U.S. CONSTITUTION AND VOID THEIR ORDER GRANTING SAME-SEX MARRIAGE.

-4-

V.   Relief (Cont'd)

AND GRANT All OTHER EQUITABLE RELIEF.

Signed this 6TH day of APRIL, 2004

_(signature)_
Signature of Plaintiff

STATE OF GEORGIA
COUNTY (CITY) OF TELFAIR

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 4/6/04
(Date)

_(signature)_
Signature of Plaintiff

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta
APR 21 2004
LUTHER D. THOMAS, Clerk
By: Deputy Clerk

Case 1:04-cv-01117-JOF  Document 1  Filed 04/21/04  Page 6 of 16

-JOF

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICHARD MATTHEWS, X
           PLAINTIFF, X         CASE NO.
                        X
    VS.                 X
MASSACHUSETTS GAY AND   X
LESBIAN POLITICAL CAUCUS, X
           AND,         X
MASSACHUSETTS SUPREME   X
JUDICIAL COURT,         X
           AND,         X
MASSACHUSETTS ATTORNEY GENERAL X
TOM REILLY,             X
           AND,         X
MASSACHUSETTS GOVERNOR  X
MITT ROMNEY,            X
           AND,         X
FEDERAL BUREAU OF INVESTIGATION, X
(F.B.I.) BOSTON OFFICE, AND ATLANTA X
OFFICE,                 X
           AND,         X
UNITED STATES ATTORNEY, X
BOSTON OFFICE, AND ATLANTA OFFICE, X
           AND,         X
MASSACHUSETTS SUFFOLK COUNTY X
GOVERNMENT,             X
           AND,         X
MASSACHUSETTS SUFFOLK COUNTY X
SHERIFF,                X
           AND,         X
BOSTON CITY GOVERNMENT, X
           AND          X
BOSTON CITY POLICE,     X
           AND          X
UNKNOWN PERSONS,        X
           DEFENDENTS.  X
                        X

# LAWSUIT FOR ENFORCING PROTECTION OF PLAINTIFF'S CIVIL RIGHTS AND DEMAND FOR MANDAMUS

COMES NOW THE PLAINTIFF, Roland Matthews, IN THE ABOVE-STYLED CAUSE AND SUES THE ABOVE DEFENDENTS FOR REDRESS OF GREIVANCES, COMPENSATORY RELIEF, AND ALL OTHER EQUITABLE RELIEF FOR VIOLATIONS OF PLAINTIFFS CIVIL RIGHTS BY DEFENDENTS, FOR VIOLATIONS OF THE U.S. CONSTITUTION, AND FOR VIOLATIONS OF 1 U.S.C.A. §7, DEFENSE OF MARRIAGE ACT (1996) (HEREINAFTER: D.O.M.A.).

## ① JURISDICTION:

THIS COURT HAS JURISDICTION IN THIS INSTANT CASE UNDER U.S. CONSTITUTION ARTICLE 3 "LAWSUITS BY CITIZENS OF ONE STATE AGAINST CITIZENS OF ANOTHER STATE" AND ARTICLE 6 "SUPREMACY CLAUSE" AND AMENDMENT 14 "EQUAL PROTECTION" AND OTHER CLAUSES, AND 42 U.S.C.A. §1983, AND 28 U.S.C.A. §1331 "FEDERAL QUESTION", AND 28 U.S.C.A. §1332 "DIVERSITY OF CITIZENSHIP", AND 1 U.S.C.A. §7 DEFENSE OF MARRIAGE ACT, (ONLY ONE MAN, ONE WOMAN) CLAUSE.

AND PENDENT JURISDICTION, AND 28 U.S.C.A. §1361 MANDAMUS STATUTES.

## ② CLAIMS:

(2-1) THE MASSACHUSETTS SUPREME COURT HAS VIOLATED FEDERAL LAW 1 U.S.C.A. §7, DEFENSE OF MARRIAGE ACT (HEREINAFTER: D.O.M.A.), AND PLAINTIFFS CIVIL RIGHTS BY IGNORING FEDERAL LAW AND RULING THAT MASSACHUSETTS STATE MUST ISSUE MARRIAGE LICENSES TO SAME-SEX PARTNERS.

FEDERAL LAW TRUMPS STATE LAW UNDER U.S. CONSTITUTION ARTICLE 6 "SUPREMACY CLAUSE" AND STATE COURTS VIOLATE THEIR OATH UNDER ARTICLE 6 WHEN FAILING TO ENFORCE FEDERAL LAW 1 U.S.C.A. §7, D.O.M.A., WHICH STATES "THE WORD MARRIAGE MEANS' ONLY (EMPHASIS SUPPLIED) THE LEGAL

-2-

UNION BETWEEN ONE MAN AND ONE WOMAN..."

(2-2) THE U.S. CONSTITUTION ARTICLE 6 STATES AND INFERS A PROGRESSION OF LAW WITH U.S. CONSTITUTION AS SUPREME, AND THEN FEDERAL LAW, WITH STATE LAW AS INFERIOR TO BOTH.

THEREFOR, THE JUDGES OF THE MASSACHUSETTS SUPREME COURT (HEREINAFTER; MASS. S. CT.) VIOLATED INTENTIONALLY THE SUPERIOR FEDERAL LAW OF D.O.M.A. (1996) AND VIOLATED U.S. CONST. ART. 6 SUPREMACY CLAUSE IN THEIR PROCEEDINGS IN STATE COURT WHEREIN THEY GRANTED A RIGHT TO MARRY IN MASSACHUSETTS FOR SAME-SEX PARTNERS.

(2-3) FURTHER, THE MASS. GAY CAUCUS DEFENDENTS ENCOURAGED THE MASS. S. CT. TO VIOLATE FEDERAL LAW AND VIOLATED PLAINTIFFS CIVIL RIGHTS AND HELPED SUPPLY HOMOSEXUALS TO BRING A CASE IN MASS. S. CT. AIMED AT VIOLATING D.O.M.A. AND PLAINTIFFS CIVIL RIGHTS

MASS. S. CT. FAILED TO COMPLY WITH FEDERAL LAW D.O.M.A. AND FAILED TO ENFORCE FEDERAL LAW AND CONSTITUTIONAL LAW THAT PROTECTS PLAINTIFF FROM THE DEPREDATIONS, PROLIFERATION OF CHILD MOLESTATION, SEXUAL PERVERSIONS OF HOMOSEXUALS, PROLIFERATION OF PEDERASTY, SPREAD OF DISEASES, AND OTHER DEGRADATIONS OF UNRESTRAINED SEXUAL MALFUNCTIONS THAT ARE RAMPANT IN THE HOMOSEXUAL (HEREINAFTER; HOMO) MOVEMENT AMONG ITS MEMBERS.

(2-4) THEREFOR, PLAINTIFF MOVES THIS COURT TO DISQUALIFY FROM OFFICE THOSE JUDGES OF THE MASS. S. CT. WHO VOTED TO VIOLATE D.O.M.A. AND VIOLATE PLAINTIFFS CIVIL RIGHTS BY ORDERING THAT MASSACHUSETTS STATE ALLOW HOMO MARRIAGE AND IN SO DOING VIOLATE U.S. CONST. ART. 6, AND AMEND. 14.

-3-

FURTHER, THAT THIS COURT MUST ORDER DEFENDANTS TO PAY EQUITABLE RESTITUTION TO PLAINTIFF FOR VIOLATION OF D.O.M.A. AND FOR FAILING TO ENFORCE D.O.M.A. AND ARTICLE 6 AND AMENDMENT 14 OF U.S. CONSTITUTION AND THEREBY ALLOWING THE MASS. S. CT. TO REQUIRE THE STATE OF MASSACHUSETTS TO ALLOW HOMO MARRIAGE AND CREATING A FIASCO THAT INTRUDES UPON PLAINTIFFS CIVIL RIGHTS AND CAUSES HIM TO SPEND TIME IN THIS FEDERAL COURT TO REMIND THEM TO ENFORCE D.O.M.A.

(2-5) THAT THIS COURT MUST NOW ORDER MASS. S. CT. TO VOID ITS ORDER ALLOWING HOMO MARRIAGE ON MAY 17, 2004 AND MUST ORDER OTHER DEFENDENTS TO ENFORCE FEDERAL LAW D.O.M.A. AS THEY SHOULD HAVE DONE UPON FIRST HEARING OF THE MASS. S. CT. RULING THAT IS IN DIRECT CONTROVERSY WITH D.O.M.A.

AS WELL, THE U.S. ATTORNEY AND HIS ENFORCEMENT ARM, THE F.B.I., LIKEWISE FAILED TO DO THEIR DUTY AND ENFORCE FEDERAL LAW D.O.M.A. AS THEY SHOULD HAVE DONE.

THIS FAILURE APPEARS TO BE A POLITICAL FAVOR-FAVOR SITUATION TO ALLOW STATE POLITICAL MACHINES DO AS THEY WISH AT THE COST OF THE AMERICAN CITIZEN WHO HAS A RIGHT TO EXPECT FEDERAL LAW TO BE ENFORCED.

(2-6) D.O.M.A. HAS BEEN LAW ON THE FEDERAL CODE BOOKS AND IN FORCE SINCE 1996. PLENTY OF TIME FOR LAWYERS WHO ACT AS JUDGES TO FAMILIARIZE THEMSELVES WITH THIS LAW. THE MASS. S. CT. JUDGES KNEW OR SHOULD HAVE KNOWN THAT FEDERAL LAW IN THE UNITED STATES SPECIFICALLY STIPULATES THAT "MARRIAGE" SHALL BE BETWEEN ONE(1) MAN AND ONE(1) WOMAN. D.O.M.A. SPECIFICALLY FORBIDS ANY MARRIAGE

-4-

THAT IS A UNION OF ONE MAN AND ONE WOMAN. SO THEREFOR, NO COURT IN THE UNITED STATES HAS JURISDICTION OR AUTHORITY TO LEGALIZE HOMO MARRIAGE OR MULTIPLE-PERSON MARRIAGE OR ANY OTHER COMBINATION.

(2-7) THEREFOR, THE GROUP MASS. GAY CAUCUS AND MASS. S. CT. DELIBERATELY PROCEEDED TO REVIEW HOMO MARRIAGE WITH INTENTION TO VIOLATE THE PROVISIONS OF FEDERAL LAW D.O.M.A.

IN SO DOING, DEFENDENTS ALSO VIOLATED THE PLAINTIFFS CONSTITUTIONAL RIGHTS, FAILED TO PERFORM A DUTY OWED TO PLAINTIFF, AND CAUSED HARDSHIP MENTAL ANXIETY, AND PAIN AND SUFFERING UPON PLAINTIFF

## ③ ARGUMENT

(3-1) THE "QUEER NATION" A HOMO-RIGHTS GROUP FROM CALIFORNIA AND OTHER PLACES, STATED SOME YEARS AGO THAT THEIR GOAL IS TO "TURN ALL YOUR SONS QUEER!". IT SHOULD BE NOTED THAT THEY REFER TO THE YOUNG IN THEIR STATEMENT. THESE PEOPLE ARE MISTAKING A WILLINGNESS BY THE NORMAL HETEROSEXUAL (HEREINAFTER 'HETERO') POPULATION TO SHOW TOLERANCE OF THEIR UNNATURAL SEX PRACTICES IF DONE IN PRIVATE. INSTEAD THE HOMOS ARE ON A CAMPAIGN TO FORCE THE HETERO POPULATION TO ACCEPT THEM AS NORMAL. THEN THEY WILL INTENSIFY THEIR CAMPAIGN TO "TURN ALL YOUR SONS QUEER!" THEREFOR, THE HOMOS ARE INTRUDING THEIR WARPED DESIRES AND ILLEGAL ACTS ON A POPULATION WHO DO NOT WELCOME THEIR INTRUSIONS AT A TIME WHEN OTHER THINGS ARE MORE IMPORTANT.

PLAINTIFF HAS TALKED TO SEVERAL HOMOS WHO HAVE CLAIMED THE HOMO COMMUNITY INTENTIONALLY SPREAD A.I.D.S. DISEASE TO THE HETERO COMMUNITY

-5-

because they felt the hetero community was not showing enough interest in the disease. This scenario is a sample of the homo community's self-centered, total selfish attitude about themselves and their campaign to be accepted with their selfish ways.

(3-2) A homo in New Jersey sued the Boy Scouts because that organization would not allow a homo to be a pack leader. No parent in his right mind would allow a homo to take his little boy out in the woods. But the parents feelings were not considered in the homo community's drive to be accepted as normal and "to turn all your sons queer!".

Now the homo's abuse their political power by cutting off funds for the Boy Scouts organization, as happened earlier this year in Connecticut.

The homo community abuses political power by cutting funds for the Center for Disease Control in Atlanta. Listen carefully to what C.D.C. says and you will notice they say "there is no evidence" that you can get A.I.D.S. from touching someone infected with that disease. But the homos cut off funding for research through their political arms, 'I.E.', lobbyists. It's like plaintiff saying "there is no evidence I have ears." And this is a true statement looking out from in here. All I have to do is refuse to look in a mirror and refuse to let anyone testify to me that I have ears, and my statement that I have no evidence becomes true, for what it's worth.

Recent and older surveys have shown that the homo community are the spreaders of A.I.D.S. in America and the spreaders in the resurgence of syphilis. This is due to their inherent childish selfishness and promiscuous style of sexual encounters. As with A.I.D.S., they will deliberately spread the diseases they incubate to the hetero community.

-6-

(3-3) THE MISSION OF THE HOMO COMMUNITY IS TO "TURN ALL YOUR SONS QUEERS!". THIS GOAL IS PROMOTED BY NORTH AMERICAN MAN/BOY LOVE ASSOCIATION (HEREINAFTER, 'NAMBLA') WHICH PROMOTES SEX BETWEEN ADULT HOMO MALES AND YOUNG BOYS. SUCH ACTS ARE LABELED AS CHILD MOLESTATION AND PEDERASTY AND ARE ILLEGAL UNDER LAW. THE HOMOS ARE ARGUING FOR AND PROMOTING THE CHANGE OF ILLEGAL ACTS LIKE CHILD MOLESTING AND PEDERASTY TO LEGAL ACTS SO AS TO FURTHER THEIR GOAL "TO TURN ALL YOUR SONS QUEER!".

JUST AS NOW THEY CHALLENGE D.O.M.A. IN AN IMPROPER MANNER IN MASSACHUSETTS COURTS, ALSO, ILLEGALLY CHALLENGE D.O.M.A. IMPROPERLY IN SAN FRANCISCO AND WASHINGTON STATE. THERE IS A PROPER WAY TO CHALLENGE A STATUTE, BUT THE PROPER WAY IS NOT BY BREAKING THAT LAW. D.O.M.A. IS U.S. STATUTE RIGHT NOW.

(3-4) PLAINTIFF HAD TWO (2) NORMAL NEPHEWS. IN THE NEPHEWS NEIGHBORHOOD THERE WAS A CLOSET QUEER WHO DID HAIR CUTS FOR BOYS AT DISCOUNT RATES. THE UNKNOWING PARENTS (MY BROTHER + HIS WIFE) SENT PLAINTIFF'S NEPHEWS TO THE BARBERS FOR HAIR CUTS. THE BARBER TAUGHT ONE OF THE NEPHEWS TO BE QUEER. THE BARBER WAS A CHILD MOLESTER AND PEDERAST. THE OTHERS NEPHEW DISCOVERED GIRLS AND CAUGHT A.I.D.S. AND DIED. THE A.I.D.S. THAT THE NEPHEW CAUGHT CAME FROM THE HOMO COMMUNITY.

IT IS WELL KNOWN THAT ALMOST ALL THE CHILD MOLESTERS IN PRISON ARE ALSO HOMOS. THEY WERE CAUGHT DOING ILLEGAL ACTS WITH SAME-SEX CHILDREN. IN THE RECENT CHURCH SEX-SCANDAL NEARLY ALL THE MALE PRIESTS WERE FOUND TO BE MOLESTING YOUNG BOYS.

THEREFORE PLAINTIFF IS STRICTLY AGAINST HOMO OR SAME-SEX MARRIAGE OR ANY OTHER CONCESSIONS THAT GIVE HOMOS A PATINA OF LEGITIMACY. THE HOMOS WISH TO BE ACCEPTED AS NORMAL SO AS TO PROMOTE ILLEGAL ACTIVITIES AND TO PROMOTE

THE LEGALIZATION OF THEIR ACTIONS IS TO SPREAD DISEASE SO THAT THE HETERO COMMUNITY SUFFERS ALONG WITH THEM.

(3-5) THE HOMOS ARE USING A CAMPAIGN OF RIDICULE AND PROPAGANDA TO STIFLE OPPOSITION. THEY MAKE STATEMENTS SUCH AS; "YOU PEOPLE ACT AS IF THE SKY IS FALLING JUST BECAUSE A FEW QUEERS WANT TO GET MARRIED!"

PLAINTIFF ASSERTS THAT YES! THE SKY IS FALLING IF HOMOS GET THEIR WAY. THE HOMOS PROMOTE THAT "WE WILL TURN ALL YOUR SONS QUEER!"

IF THIS WAS TO HAPPEN; THAT ALL SONS TURN QUEER, MANKIND WOULD DIE OFF. NATURE IS SPECIFIC IN THAT VIRTUALLY NOTHING WILL REPRODUCE UNLESS MALE AND FEMALE MIX THEIR GENES. IN HUMANS, THIS MEANS A FEMALE EGG AND A MALE SPERM MUST COMBINE. THIS IS AN AXIOM.

THE HOMOS PROMOTE THE SEQUESTRATION OF THE SEXES BY CHOICE. THEREFOR, NO FEMALES WOULD GET PREGNANT AND REPRODUCE. THEREFOR WHAT THE HOMOS PROMOTE IS SELF-DESTRUCTIVE AS NO MORE BOYS OR GIRLS WOULD BE BORN FOR HOMOS TO TURN QUEER AS WELL AS NO MORE NORMAL PEOPLE TO KEEP MANKIND GOING.

SO PLAINTIFF IS JUSTIFIED IN CLAIMING THAT "THE SKY IS FALLING!"

PLAINTIFF MUST OPPOSE THE HOMOS IN THEIR UNRESTRAINED SELFISHNESS AND SELF-DESTRUCTIVE WAYS. THE T.V. SHOWS SUCH AS "QUEER EYE FOR THE STRAIGHT GUY" ARE PURE PROPAGANDA, THE TITLE IS SUGGESTIVE, AND AN ATTEMPT TO SHOW QUEERS AS BENIGN, WHEN THEY ARE IN FACT MALIGNANT.

PLAINTIFF INVOKES D.O.M.A. AND DEMANDS THAT THIS COURT ENFORCE D.O.M.A. AGAINST DEFENDENTS TO HALT THE PROPAGANDA CAMPAIGN

-8-

AND DRIVE OFF THEIR GOATS!" WE WILL TURN ALL YOUR SONS QUEER!" AS STATED BY THE HOMO RIGHTS GROUP, QUEER NATION.

(3-6) UNDER 28 U.S.C.A. §1361 THIS COURT HAS JURISDICTION TO ISSUE MANDAMUS TO COMPEL DEFENDENTS TO PERFORM THEIR DUTY OWED TO PLAINTIFF AND ENFORCE FEDERAL LAW 1 U.S.C.A. §7, D.O.M.A. AND HALT, CEASE, DESIST <u>ALL</u> VIOLATIONS OF D.O.M.A. IN THE UNITED STATES, AND SPECIFICALLY MASSACHUSETTS.

(3-7) FOR ALL THE ABOVE REASONS PLAINTIFF MOVES THIS COURT TO ACT TO STOP <u>ALL</u> SAME-SEX MARRIAGES IN MASSACHUSETTS AND OTHER PLACES IN THE UNITED STATES AND DIRECT ALL JUDGES AND ENFORCEMENT PERSONNEL TO COMPLY WITH D.O.M.A.

(3-8) <u>RESOLUTION DESIRED</u>

PLAINTIFF SEEKS COMPENSATION AND REDRESS FOR MENTAL ANXIETY DAMAGE TO FAMILY, PAIN AND SUFFERING, AND VIOLATIONS OF HIS CIVIL RIGHTS AS FOLLOWS:

(A) <u>MASSACHUSETTS GAY AND LESBIAN POLITICAL CAUCUS</u>

$6,000,000 FOR PAIN AND SUFFERING, MENTAL ANXIETY, FAMILY DAMAGE AND DEATHS, AND VIOLATIONS OF HIS CIVIL RIGHTS BY THESE DEFENDENTS. AS WELL AS COMPLIANCE WITH D.O.M.A.

(B) <u>MASSACHUSETTS SUPREME JUDICIAL COURT</u>

THAT THESE JUDGES WHO VOTED TO CONTRADICT D.O.M.A. AND LEGALIZE HOMO MARRIAGE BE DISQUALIFIED FROM THE BENCH AND REMOVE FROM ALL JUDICIAL DUTIES FOR VIOLATION OF D.O.M.A. AND VIOLATION OF THEIR OATHS UNDER U.S. CONST. ARTICLE 6, AND U.S. CONST. AMENDMENT 14 AND VOID THAT COURT'S ORDER LEGALIZING SAME-SEX MARRIAGE.

Ⓒ MASSACHUSETTS ATTORNEY GENERAL T. REILLY

THIS DEFENDANT COMPENSATE PLAINTIFF WITH THE SUM OF $100,000 FOR PAIN & SUFFERING AND MENTAL ANXIETY, AND DISQUALIFIED FROM OFFICE FOR FAILING TO HONOR HIS OATH UNDER U.S. CONST. ARTICLE 6 AND FAILURE TO ENFORCE D.O.M.A.

Ⓓ MASSACHUSETTS GOVERNOR MITT ROMNEY

THIS DEFENDANT COMPENSATE PLAINTIFF WITH THE SUM OF $100,000 FOR PAIN & SUFFERING, AND MENTAL ANXIETY, AND FOR FAILING TO PROTECT PLAINTIFF'S CIVIL RIGHTS, FAILING HIS OATH UNDER ARTICLE 6, AND FAILING TO ENFORCE D.O.M.A.

Ⓔ F.B.I., BOSTON AND ATLANTA OFFICES

$100,000 COMPENSATION, EACH, FOR PAIN & SUFFERING, MENTAL ANXIETY, FAILING TO PROTECT PLAINTIFF'S CIVIL RIGHTS, AND FOR FAILING TO ENFORCE D.O.M.A.

Ⓕ U.S. ATTORNEY, BOSTON AND ATLANTA OFFICES

$100,000 COMPENSATION EACH, FOR PAIN & SUFFERING, MENTAL ANXIETY, FAILING TO PROTECT PLAINTIFF'S CIVIL RIGHTS, AND FAILING TO ENFORCE D.O.M.A.

Ⓖ SUFFOLK COUNTY GOVERNMENT (BOSTON)

$100,000 COMPENSATION FOR PAIN & SUFFERING, MENTAL ANXIETY, FAILING TO PROTECT PLAINTIFF'S CIVIL RIGHTS, AND FAILURE TO ENFORCE D.O.M.A.

Ⓗ SUFFOLK COUNTY SHERIFF (BOSTON)

$100,000 COMPENSATION FOR PAIN & SUFFERING, MENTAL ANXIETY, FAILURE TO PROTECT PLAINTIFF'S CIVIL RIGHTS, AND FAILURE TO ENFORCE D.O.M.A.

Ⓘ BOSTON CITY GOVERNMENT

$100,000 COMPENSATION FOR PAIN & SUFFERING, MENTAL ANXIETY, FAILURE TO PROTECT PLAINTIFF'S CIVIL RIGHTS, AND FAILURE TO ENFORCE D.O.M.A.

(J) BOSTON CITY POLICE

$100,000 COMPENSATION FOR PAIN + SUFFERING, MENTAL ANXIETY, FAILURE TO PROTECT PLAINTIFFS CIVIL RIGHTS, AND FAILURE TO ENFORCE D.O.M.A.

(K) UNKNOWN PERSONS

COMPENSATION AS APPROPRIATE DEPENDING ON TYPE OF INVOLVEMENT IN VIOLATING PLAINTIFFS CIVIL RIGHTS.

WHEREFOR, PLAINTIFF PRAYS THAT THIS HONORABLE COURT ISSUES ALL APPROPRIATE ORDERS, MANDAMUS, RULINGS, AND SERVICE TO PROTECT PLAINTIFFS CIVIL RIGHTS FROM FURTHER ABUSES AND SET A DATE FOR JURY TRIAL AT EARLIEST POSSIBLE DATE.

RESPECTFULLY SUBMITTED,

_Roland Matthews_
ROLAND MATTHEWS, PRO SE

4/6/04

424438 T.S.P.
P.O. Bx. 549
HELENA, GA.
31037

-11-